ERIC GRANT
United States Attorney
NICOLE M. VANEK
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BALENTIN QUINTERO, FRANCISCO CHAVEZ, STEVEN ORTEGA, AND TAVARIUS MONTGOMERY,<br><br>Defendants. | CASE NO. 2:26-CR-00132-DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |

## STIPULATION

1. By previous order, this matter was set for status on November 20, 2026.

2. By this stipulation, defendants now move to continue the status conference until January 15, 2027, and to exclude time between November 20, 2026, and January 15, 2027, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports, undercover video and audio footage, photographs, lab reports, firearm reports, search warrants, search warrant findings and data, and cell phone data. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for defendants desire additional time to consult with their clients, review

discovery, conduct investigations, and otherwise prepare for trial.

c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 20, 2026 to January 15, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 12, 2026

ERIC GRANT
United States Attorney

/s/ NICOLE M. VANEK
NICOLE M. VANEK
Assistant United States Attorney

Dated: November 12, 2026

/s/ DANICA MAZENKO
DANICA MAZENKO
Counsel for Defendant
BALENTIN QUINTERO

Dated: November 12, 2026

/s/ CHRIS COSCA
CHRIS COSCA
Counsel for Defendant
FRANCISCO CHAVEZ

Dated: November 12, 2026

/s/ TAMARA SOLOMAN
TAMARA SOLOMAN
Counsel for Defendant
STEVEN ORTEGA

Dated: November 12, 2026

/s/ CANDICE FIELDS
CANDICE FIELDS
Counsel for Defendant
TAVARIUS MONTGOMERY

**ORDER**

IT IS HEREBY ORDERED as to Balentin Quintero, Francisco Chavez, Steven Ortega, and Tavarius Montgomery, the court, having received, read and considered the parties' stipulation filed on November 12, 2026 (Doc. No. 70), and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for November 20, 2026, is VACATED and RESET for January 15, 2027, at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between November 20, 2026 and January 15, 2027, inclusive, is excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), and B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant(s) in a speedy trial.

IT IS SO ORDERED.

Dated: **November 13, 2026**

Dena Coggins
United States District Judge